IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SAIM SARWAR, <br> Plaintiff, <br> v. <br><br> HARI HOSPITALITY INC., a Massachusetts Corporation, <br><br> Defendant. <br> _____ | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Case No.: 1:20-cv-12091-MLW |

### STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated by the Parties to this matter that the complaint by Plaintiff Saim Sarwar against Defendant Hari Hospitality, Inc. be dismissed, with prejudice, as to all counts and all claims, waiving all rights of appeal.

| FOR THE PLAINTIFF | FOR THE DEFENDANT |
|---|---|
| By: *John Curseaden* | By: *Kiley M. Belliveau* |
| John Curseaden, BBO #562737 | Kiley M. Belliveau, BBO#661328 |
| Curseaden Law Office | Peabody & Arnold LLP |
| 301 Littleton Road #705 | 600 Atlantic Avenue |
| Westford, MA 01886 | Boston, MA 02210-2261 |
| curseadenlaw@gmail.com | kbelliveau@peabodyarnold.com |

## **CERTIFICATE OF SERVICE**

  I, Kiley M. Belliveau, counsel for Defendant, do hereby certify, that on this 21st day of September, 2021, served the foregoing, by causing a copy thereof, to be sent electronically to the registered participants in the case, if any, as identified on the Notice of Electronic Filing (NEF) and paper copies mailed, first class mail, postage prepaid to any non-registered participants in this case.

                */s/ Kiley M. Belliveau*
                Kiley M. Belliveau